# HANG & ASSOCIATES, PLLC

ATTORNEYS AT LAW
136-20 38th Avenue, Suite 10G
Flushing, New York 11354

Keli Liu, Esq.
Tel : (718) 353-8588
Fax: (718) 353-6288
Email: Kliu@hanglaw.com

January 9, 2019

**Via Email**
Honorable William H. Pauley III, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

Re:    Guang Hong Zhou, et al. v. Lili's 200 West 57th Corp., et al.
Case No.18-cv-1010-WHP
Notice of Settlement with individual Defendants Jonah Phillips and Alan Phillips

Dear Hon. Judge Pauley:

We are counsel to Plaintiffs Guang Hong Zhou, Lin Qiang Zhou, Zhi Fang Pan, Zhong Wei Ren and Jian Hua Li (hereinafter, "Plaintiffs"). We write , jointly with the Counsel for Defendants Jonah Phillips and Alan Phillips, to report that the Plaintiffs have reached a settlement with Defendants Jonah Phillips and Alan Phillips to resolve Plaintiffs' claims against them. As such, we respectfully request to have 30 days to submit their settlement agreement for this Court's approval.

Respectfully submitted,

*/s/ Keli Liu*
Keli Liu, Esq.
*Attorney for the Plaintiffs*

1