UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

GUANG HONG ZHOU, *Individually and on behalf of all others similarly situated, et al.*,

:
:
:
:
:     18cv1010
:
Plaintiffs,     :     ORDER
:
-against-     :
:
LILIS 200 WEST 57TH CORP., *et al.*,     :
:
Defendants.     :
:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

WILLIAM H. PAULEY III, Senior United States District Judge:

        This Court has reviewed the settlement agreement with Defendants Alan Phillips and Jonah Phillips (ECF No. 59) and finds it to be fair and reasonable under Cheeks v. Freeport Pancake House, 796 F.3d 199 (2d Cir. 2015). In view of Plaintiffs' intention to pursue their claims against the remaining defendants who are in bankruptcy (ECF No. 60), the Clerk of Court is directed to mark this case as administratively closed.

Dated: March 13, 2019
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.