UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------
GUANG HONG ZHOU, *Individually and on behalf of all others similarly situated, et al.*,

                        Plaintiffs,

-against-

LILIS 200 WEST 57TH CORP., *et al.*,

                        Defendants.
------------------------------------------

18cv1010

ORDER

WILLIAM H. PAULEY III, Senior United States District Judge:

       Following the terminations of Bankruptcy Case No. 18-13512 on January 15, 2021, Case No. 18-13352 on October 18, 2019, and Case No. 18-13353 on September 23, 2019, all bankruptcy proceedings against the remaining defendants in this action appear to have been closed. However, the parties have not updated the Court. Accordingly, the parties are directed to submit a joint status report by June 25, 2021 advising this Court why this civil case should not be closed.

Dated: June 10, 2021
       New York, New York

SO ORDERED:

_____
WILLIAM H. PAULEY III
U.S.D.J.